```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 16184
    MICHAEL L NULF
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
    SSN XXX-XX-0046
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/05/07 .

2. The case was dismissed without confirmation, 02/08/2008.

3. The Debtor paid a total of $   5400.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| 21ST CENTURY FINANCIAL | SECURED | .00 | .00 | .00 |
| 21ST CENTURY FINANCIAL | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CENTURY FARMS HOMEOWNERS | SECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE CORP | SECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | SECURED | NOT FILED | .00 | .00 |
| CREDIT ACCEPTANCE | SECURED | .00 | .00 | .00 |
| BARIATRIC MEDICAL SPECIA | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF NAPERVILLE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DMHS MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| **CREDITOR NAME** | **CLASS** | **CLAIM AMOUNT** | **INTEREST PAID** | **PRINCIPAL PAID** |
| DUPAGE CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| INTEGRATED HOMECARE SERV | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICE | UNSECURED | NOT FILED | .00 | .00 |

```
LABORATORY & PATHOLOGY D  UNSECURED         NOT FILED              .00              .00
LINDEN OAKS HOSPITAL      UNSECURED         NOT FILED              .00              .00
MEDICAL COLLECTION SYSTE  UNSECURED         NOT FILED              .00              .00
NAPERVILLE RADIOLOGISTS   UNSECURED         NOT FILED              .00              .00
NICOR GAS                 UNSECURED         NOT FILED              .00              .00
PAYPAL INC                UNSECURED         NOT FILED              .00              .00
PROFESSIONAL CREDIT SRV   UNSECURED         NOT FILED              .00              .00
PROGRESSIVE EYE CARE      UNSECURED         NOT FILED              .00              .00
QUEST DIAGNOSTICS         UNSECURED         NOT FILED              .00              .00
RESPIRATORY CONSULTANTS   UNSECURED         NOT FILED              .00              .00
RUSH COPLEY               UNSECURED         NOT FILED              .00              .00
SARAH L POEPPEL ESQ       UNSECURED         NOT FILED              .00              .00
SBC AMERITECH             UNSECURED         NOT FILED              .00              .00
SHERMAN ACQUISITION       UNSECURED         NOT FILED              .00              .00
UNIVERSITY NEUROLGISTS    UNSECURED         NOT FILED              .00              .00
         Summary of disbursements:
------------------------------------------------------------------------------------
                        SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00          .00          .00          .00           .00
PRINCIPAL PAID             .00          .00          .00          .00           .00
INTEREST PAID              .00          .00          .00          .00           .00
TOTAL PAID                 .00          .00          .00          .00           .00
```

The Debtor's attorney, ROBERT V SCHALLER         , was allowed $   3500.00
and was paid $   1590.00   direct and $   1910.00   through the plan.

The Trustee received $     117.60 .

Refunds to the Debtor totaled $    3372.40 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 07/16/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                              PAGE   3
CASE NO. 07 B 16184 MICHAEL L NULF
```